**THE FRY LAW FIRM**
**1720 Peachtree Street. NW**
**Suite 500**
**Atlanta, GA 30309**
www.thefrylawfirm.com

vianca@thefrylawfirm.com                                    **Direct Ph: (470) 632-1289**

May 24, 2021

**VIA CERTIFIED MAIL/RETURN RECEIPT**
Jami Case
Baldwin & Lyons
11 Congressional Blvd,
Suite 500
Carmel, IN 46032

| RE: | Our client (s): | Joseph Thompkins |
| --- | --- | --- |
|  | Liability Claim # | ZA-21296 |
|  | At fault party/Defendant: | Jon Lunger |
|  | Date of Injury: | 06/14/2019 |

Dear Sir/Madam:

      Enclosed are copies of litigation documents that we have filed with the Court. Please call if you have any questions.

Very truly yours,

*Vianca Canet*

Paralegal to:
Jeffrey G. James

JJ/vc


EXHIBIT "A"

State Court of Fulton County
\*\*\*EFILED\*\*\*
File & ServeXpress
Transaction ID: 66619322
Date: May 20 2021 12:00AM
Christopher G. Scott, Chief Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JOSEPH THOMPKINS<br><br>Plaintiffs,<br><br>vs.<br><br>JON LUNGER, J & R SCHUGEL TRUCKING, INC., PROTECTIVE INSURANCE COMPANY, AND JOHN DOE<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. _____<br><br>(SERVED WITH DISCOVERY)<br><br><br><br>JURY TRIAL DEMANDED |

## COMPLAINT

COME NOW, Plaintiff Joseph Thompkins (hereinafter referred to as "Plaintiff") in the above-styled action, by and through undersigned counsel, and files this Complaint against Defendants, Jon Lunger, J & R Schugel Trucking, Inc., Protective Insurance Company, and John Doe, showing this Honorable Court as follows:

(1)

At the time of the motor vehicle accident forming the basis for this Complaint, Defendant Jon Lunger ("Defendant Lunger") was a resident of the State of Pennsylvania, residing at 635 Lehner Ave, Saint Marys, PA, 18857, and operating a motor vehicle on a roadway within the State of Georgia (specifically, Fulton County). As such, Defendant Lunger is a "non-resident motorist" as that term is defined under O.C.G.A. § 40-12-1, et seq., and, therefore, may be served with summons and process by serving the Georgia Secretary of State. Jurisdiction and venue are appropriate in this Court as to Defendant Lunger.

(2)

Defendant J & R Schugel Trucking, Inc. ("Defendant J & R Schugel Trucking") is a Minnesota based company authorized to conduct business in the State of Georgia and is subject to

the jurisdiction of this Court. Defendant J & R Schugel Trucking may be served pursuant to O.C.G.A. §9-11-4(e)(1), by serving summons and process on the Georgia Secretary of State. Jurisdiction and venue are appropriate in this Court as to Defendant J & R Schugel Trucking.

(3)

At the time of the subject collision, Defendant Protective Insurance Company ("Defendant Insurance") provided a coverage liability insurance, policy number XA102218. Said policy was in effect on June 14, 2019. Defendant Insurance is subject to suit by direct action pursuant to the provisions of O.C.G.A. §§ 40-1-112 and 40-2-140. Service may be made upon Defendant Insurance's registered agent, Corporation Service, Company, at 2 Sun Court, Suite 400, Peachtree Corners, GA 30092. Jurisdiction and venue are appropriate in this Court as to Defendant Insurance.

(4)

The Defendant, John Doe, is an unknown and unidentifiable motorist, but the collision occurred in Fulton County, Georgia and this matter is subject to the jurisdiction and venue of this Court. The identity of Defendant John Doe is unknown and therefore the insurance company of the John Doe vehicle is unknown. Plaintiff's uninsured motorist insurance, USAA Insurance Agency, Inc., may be served with summons and process on behalf of John Doe by serving its registered agent, Corporation Service Company, at 2 Sun Court, Suite 400, Peachtree Corners, GA 30092, and is subject to the jurisdiction of this Court. Venue is appropriate in this Court.

(5)

On or about June 14, 2019, Plaintiff Joseph Thompkins was stopped at a light while traveling westbound on State Route 138 at its intersection with I-85 East.

(6)

At the same time and place, Defendant Lunger was making a left turn when he failed to maintain his lane of travel and struck Plaintiff Joseph Thompkin.

(7)

The collision in which Defendant Lunger's tractor-trailer struck Plaintiff Thompkins, caused Plaintiff Thompkins's vehicle to get pushed into a third-party vehicle. The force of the multiple impact caused severe injuries to Plaintiff.

(8)

Defendant Lunger's negligence included, but is not limited to, one or more of the following:

- (A) Operating a motor vehicle recklessly and without due and proper regard for the safety of persons or property in violation of O.C.G.A. § 40-6-390, which is negligence per se;
- (B) Operating a vehicle in violation of O.C.G.A. § 40-6-241 by failing to exercise due care in the operation of the vehicle;
- (C) Failure to maintain her lane of travel in violation of O.C.G.A. § 40-6-48 or otherwise;
- (D) With knowledge of the conditions present, failing to exercise ordinary care by not keeping attention on the roadway and by not keeping the vehicle under control so as to stop or take evasive maneuvers to avoid the collision.

(9)

Defendant Lunger's negligence included, but is not limited to, one or more of the following: failure to maintain lane (O.C.G.A. § 40-6-48), negligently traveling at an excessive speed under the circumstances, negligently failing to maintain his vehicle under proper control, negligently failing to keep a proper lookout, negligently failing to use or sound a signal or

warning, negligently failing to make timely and proper application of brakes, and any other acts of negligence that may be proven at trial.

(10)

Defendant Lunger failed to operate his vehicle with the due care exercised by individuals in like or similar circumstances and operated the vehicle in a manner showing a disregard for the safety of others, including Plaintiff.

(11)

At all times mentioned herein, Plaintiff acted with reasonable care under the conditions and circumstances then existing.

(12)

Defendant Lunger's actions constituted negligence in operating his vehicle contrary to the reasonable and safe conditions and circumstances then existing.

(13)

Defendant Lunger's actions constituted negligence in operating his vehicle in excess of and/or contrary to the safe speed limit.

(14)

Defendant Lunger's actions constituted negligence by engaging in a driving manner which was ill-timed and improper, causing danger, injuries, damages, losses, physical pain and emotional distress to Plaintiff.

(15)

Defendant Lunger was negligent in failing to properly inspect his equipment and vehicle before its operation, and negligently failing to take appropriate precautionary measures and procedures to prevent injuries to others, including Plaintiff.

(16)

At the time of the subject incident, Defendant Lunger was acting at the direction and under the control of Defendant J & R Schugel Trucking, was an agent and employee of Defendant J & R Schugel Trucking, operating his vehicle in the course and scope of his employment with Defendant J & R Schugel Trucking, and with Defendant J & R Schugel Trucking's permission.

(17)

Defendant J & R Schugel Trucking negligently hired, supervised, trained and retained Defendant Lunger and negligently entrusted the tractor-trailer operation responsibilities to Defendant Lunger. Defendant J & R Schugel Trucking negligently failed to implement and utilize proper procedures to evaluate Defendant Lunger's skills and expertise for the operation of said truck.

(18)

Because Defendant Lunger and J & R Schugel Trucking had knowledge of, or in the exercise of reasonable care should have had knowledge of the negligence discussed herein and the dangerous conditions created by their actions, Defendants are liable for the negligent supervision, hiring, training, and retention of their management, agents and employees and the entrustment of said truck to said management, agents and employees.

(19)

Defendant Lunger and J & R Schugel Trucking were negligent in failing to promulgate and enforce company policies, procedures and rules for the protection of the public, including but not limited to Plaintiff.

(20)

Defendant Lunger and J & R Schugel Trucking failed to adhere to pertinent aspects of Georgia motor vehicle laws and regulations, Georgia motor common carrier regulations, and all applicable Federal motor common carrier regulations.

(21)

Defendants were and are negligent *per se*.

(22)

Defendants were negligent for all other acts of negligence as may be shown at trial.

(23)

Plaintiff sustained injuries and damages, which were directly and proximately caused by the negligence of the Defendants.

(24)

But for the negligence of Defendants, Plaintiff would not have suffered serious injury, physical pain, mental and psychological suffering, inconvenience, and other injuries and damages as proven at the trial of this matter.

(25)

As a result of Defendants' negligence, Plaintiff Joseph Thompkins has incurred special damages which include, but may not be limited to, medical expenses, mileage, lost wages, and other miscellaneous expenses. Specifically, Plaintiff has incurred approximately $2,370.00 in medical expenses to date. This amount will be amended to reflect additional medical expenses.

(26)

That each of the forgoing acts and omissions constitute an independent act of negligence on the part of Defendants and one or more or all of the above stated acts were the proximate causes of the injuries to Plaintiff. The Defendants are jointly and severally liable for Plaintiff's

injuries sustained, pain and suffering, cost of treatment and all other elements of damages allowed under the laws of the State of Georgia.

(27)

Pursuant to the terms and conditions of its policy of insurance and applicable Georgia law, Defendant Insurance is liable to Plaintiff and responsible for payment of damages incurred by the Plaintiff as a result of the negligent acts of the Defendants.

(28)

The Defendants acted with willful misconduct, malice, fraud, oppression, wantonness and an entire want of care raising the presumption of a conscience indifference to the consequences. Accordingly, Plaintiff is entitled to recover punitive damages, without limitation or cap, from each of the Defendants, in accordance with the enlightened conscience of an impartial jury.

(29)

Plaintiff is entitled to request attorney's fees and the expenses of litigation in that the actions on the part of the Defendants as herein above-described show that the Defendants, as well as their agents, have acted in bad faith in the transactions and dealings surrounding the herein above-described incident. Defendants and their agents have been stubbornly litigious and have caused the Plaintiff's unnecessary expense so as to entitle Plaintiff to the expenses of litigation and attorney's fees as defined by O.C.G.A. § 13-6-11. Defendants and their agents have acted in bad faith and have forced Plaintiff to file this lawsuit in order to receive compensation for their injuries.

(30)

Plaintiff is entitled to recover for the injuries and pain and suffering sustained, and all other elements of damages allowed under Georgia law, including but not limited to all compensatory, general, special, incidental, consequential, punitive and/or other damages permitted.

WHEREFORE, the Plaintiff prays for a judgment to be awarded to him and against the Defendants for the following:

(A)  That process be issued;

(B)  That reasonable damages be granted to Plaintiff and against Defendants for past, present and future general and special damages;

(C)  That all costs of this action be cast against Defendants;

(D)  That Plaintiff be awarded attorney's fees; and

(E)  Such further relief as the Court deems just and proper.

Respectfully submitted, this 20th day of May, 2021.

*/s/ Randal E. Fry*

The Fry Law Firm
1720 Peachtree Street, NW
Suite 500
Atlanta, Georgia 30309
(404) 969-1284
(404) 969-1285 fax
Randy@thefrylawfirm.com
Jeffrey@thefrylawfirm.com

JEFFREY G. JAMES
State Bar of Georgia # 860891
RANDAL E. FRY
State Bar of Georgia # 278799
*Attorneys for Plaintiff*



**$7.360**
US POSTAGE
FIRST-CLASS
FROM 30309
MAY 24 2021
stamps
endicia

062S0010101902

**CERTIFIED MAIL®**

7018 3090 0002 0207 1756

Jami Case
Baldwin & Lyons
11 Congressional Blvd
Suite 500
Carmel IN 46032

Randal E. Fry
The Fry Law Firm
1720 Peachtree St NW
Suite 500
Atlanta, GA 30309

460325663 C013

sh_019760_9_80_6/4/2021_11:02 AM

# GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC Number | County | Date Rec. by GDOT |
|---|---|---|---|
| 19-007529 | GA0600600 | FULTON | |

**Estimated Crash** — Date: 06/14/2019  Time: 1747
**Dispatch** — Date: 06/14/2019  Time: 1753
**Arrival** — Date: 06/14/2019  Time: 1756
**Total Number of** — Vehicles: 3  Injuries: 0  Fatalities: 0
**Inside City of** UNION CITY

Road of Occurrence: 138
At Its Intersection With: 85

Not At Its Intersection But ____ ☐ Miles ☐ Feet ☐ North ☐ South ☐ East ☐ West   Of ____

Latitude (Y): 33.56691096   Longitude (X): -84.53427517

☐ Corrected Report  ☐ Sup To Original  ☐ Hit and Run

## Unit #1
- ■ Driver ☐ Ped ☐ Bike
- LAST NAME: LUNGER  FIRST: JON  MIDDLE: MICHAEL
- Address: 635 LEHNER AVE
- ■ Susp At Fault
- City: SAINT MARYS  State: PA  Zip: 15857-  DOB: 09/25/1995
- Driver's License No.: 30984042  Class: A  State: PA  Country: US
- Insurance Co.: PROTECTIVE  Policy No.: XA102218  Telephone No.:
- Year: 2016  Make: KENWORTH  Model: T680
- VIN: 1XKYD48X2GJ458809  Vehicle Color: BURGANDY
- Tag #: PAR5681  State: MN  County: ____  Year: 2019
- Trailer Tag #: 1128STR  State: MN  County: ____  Year: 2019
- ☐ Same as Driver  Owner's Last Name: J & R SCHUGEL TRUCKIN  First: ____  Middle: ____
- Address: 2026 N BROADWAY
- City: NEW ULM  State: MN  Zip: 56073-
- Removed By: Jon Lunger   ■ Request  ☐ List
- Alco Test: 2  Type: ____  Results: ____  Drug Test: 2  Type: ____  Results: -1
- First Harmful Event: 11  Most Harmful Event: 11  Operator/Ped Cond: 1
- Operator Contributing Factors: 7
- Vehicle Contributing Factors: 1  Roadway Contributing Factors: 1
- Direction of Travel: 2  Vehicle Maneuver: 1  Non-Motor Maneuver: ____
- Vehicle Class: 7  Vehicle Type: 4  Vision Obscured: 1
- Number of Occupants: 1  Area of Initial Contact: 9  Damage to Veh: 1
- Traffic-Way Flow: 1  Road Comp: 2  Road Character: 1
- Number of Lanes: 5  Posted Speed: 35  Work Zone: 1
- Traffic Control: 2  Device Inoperative: ☐ Yes ■ No
- Citation Information:
  - Citation #: ____  O.C.G.A. § 40-6-48
  - Citation #: ____  O.C.G.A. § ____
  - Citation #: ____  O.C.G.A. § ____

## Unit #2
- ■ Driver ☐ Ped ☐ Bike
- LAST NAME: THOMPKINS  FIRST: JOSEPH  MIDDLE: LEE
- Address: 12 DIXON ST
- ☐ Susp At Fault
- City: NEWNAN  State: GA  Zip: 30263  DOB: 08/14/1986
- Driver's License No.: 049289716  Class: C  State: GA  Country: US
- Insurance Co.: USAA  Policy No.: 021234234 G 07110  Telephone No.:
- Year: 2019  Make: TOYOTA  Model: CAMRY L LE XLE 4S
- VIN: 4T1B11HK1KU721985  Vehicle Color: WHITE
- Tag #: END784  State: GA  County: COWETA  Year: 2019
- Trailer Tag #: ____  State: ____  County: ____  Year: ____
- ■ Same as Driver  Owner's Last Name: THOMPKINS  First: JOSEPH  Middle: LEE
- Address: 12 DIXON ST
- City: NEWNAN  State: GA  Zip: 30263
- Removed By: Joseph Thompkins   ■ Request  ☐ List
- Alco Test: 2  Type: ____  Results: ____  Drug Test: 2  Type: ____  Results: -1
- First Harmful Event: 11  Most Harmful Event: 11  Operator/Ped Cond: 1
- Operator Contributing Factors: 1
- Vehicle Contributing Factors: 1  Roadway Contributing Factors: 1
- Direction of Travel: 4  Vehicle Maneuver: 4  Non-Motor Maneuver: ____
- Vehicle Class: 1  Vehicle Type: 1  Vision Obscured: 1
- Number of Occupants: 1  Area of Initial Contact: 12  Damage to Veh: 3
- Traffic-Way Flow: 1  Road Comp: 2  Road Character: 1
- Number of Lanes: 5  Posted Speed: 35  Work Zone: 1
- Traffic Control: 2  Device Inoperative: ☐ Yes ■ No
- Citation Information:
  - Citation #: ____  O.C.G.A. § ____
  - Citation #: ____  O.C.G.A. § ____
  - Citation #: ____  O.C.G.A. § ____

## COMMERCIAL MOTOR VEHICLES ONLY

**Unit 1**
- Carrier Name: J & R SCHUGEL TRUCKING
- Address: 2026 N BROADWAY  City: NEW ULM  State: MN  Zip: 56073-
- U.S. D.O.T. #: 116455  No. of Axles: 5  G.V.W.R.: 80,000
- Cargo Body Type: 1  Vehicle Config.: 4  ■ Interstate ☐ Intrastate  Fed. Reportable: ☐ Yes ■ No
- C.D.L.? ■ Yes ☐ No   C.D.L. Suspended? ☐ Yes ■ No
- Vehicle Placarded? ☐ Yes ■ No   Hazardous Materials? ☐ Yes ■ No
- Haz Mat Released? ■ Yes ☐ No
- If YES: Name or four Digit Number from Diamond or Box: ____
- One Digit Number from Bottom of Diamond: ____
- ☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

**Unit 2**
- Carrier Name: ____
- Address: ____  City: ____  State: ____  Zip: ____
- U.S. D.O.T. #: ____  No. of Axles: ____  G.V.W.R.: ____
- Cargo Body Type: ____  Vehicle Config.: ____  ☐ Interstate ☐ Intrastate  Fed. Reportable: ☐ Yes ☐ No
- C.D.L.? ☐ Yes ☐ No   C.D.L. Suspended? ☐ Yes ☐ No
- Vehicle Placarded? ☐ Yes ☐ No   Hazardous Materials? ☐ Yes ☐ No
- Haz Mat Released? ☐ Yes ☐ No
- If YES: Name or four Digit Number from Diamond or Box: ____
- One Digit Number from Bottom of Diamond: ____
- ☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

GDOT-523 (07/17)



EXHIBIT 'B'

## COLLISION FIELDS

| Manner of Collision: 1 | Location at Area of Impact: 7 | Weather: 1 | Surface Condition: 1 | Light Condition: 1 |
|---|---|---|---|---|

## NARRATIVE

Driver #2, identified as JOSEPH TOMPKINS, stated that he was heading west bound on State Route 138 in the central turn lane. LUNGER explained that he stopped for the traffic light at S.R. 138 and Interstate 85. LUNGER advised that while he was stopped at the traffic light a tractor trailer, identified as vehicle #1 struck his vehicle while making a left turn from Interstate 85 southbound exit ramp onto S.R. 138 eastbound.

Driver #3, identified as SHATAWN WALKER, was stopped behind Vehicle #2 when vehicle #2 was struck by vehicle #1 pushing vehicle #2 back into her vehicle.

Driver #1, identified as JON LUNGER, stated that he was making a left turn from Interstate 85 southbound and made a left turn onto S.R. 138 eastbound when his trailer struck vehicle #2.

WALKER advised of right knee pain on scene but refused medical treatment on scene. No additional injuries were reported.

VERVILLE observed damage to the front bumper and driver's side quarter panel of vehicle #2. VERVILLE observed damage to the (continued...)

## DIAGRAM

SR 138 / SR 138 / I-85

NOT TO SCALE

Vehicle were removed from scene prior to Verville's arrival.

## PROPERTY DAMAGE INFORMATION

Damage Other Than Vehicle:    Owner:

## WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

## OCCUPANT INFORMATION

**1.** Name (Last, First): LUNGER, JON  Address: 635 LEHNER AVE SAINT MARYS, PA, 30238
Age: 23 | Sex: M | Unit #: 1 | Position: 1 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 0 | Taken for Treatment: 2
Injured Taken To:  By:  EMS Notified Time (Fatality Only): 0000  EMS Arrival Time (Fatality Only): 0000  Hospital Arrival Time (Fatality Only): 0000

**2.** Name (Last, First): WALKER, SHATAWN  Address: 1810 SUMMERCOURT DR JONESBORO, GA, 30236
Age: 40 | Sex: F | Unit #: 3 | Position: 1 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 4 | Taken for Treatment: 2
Injured Taken To:  By:  EMS Notified Time (Fatality Only): 0000  EMS Arrival Time (Fatality Only): 0000  Hospital Arrival Time (Fatality Only): 0000

**3.** Name (Last, First): THOMPKINS, JOSEPH  Address: 12 DIXON ST NEWNAN, GA, 30263
Age: 32 | Sex: M | Unit #: 2 | Position: 1 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 0 | Taken for Treatment: 2
Injured Taken To:  By:  EMS Notified Time (Fatality Only): 0000  EMS Arrival Time (Fatality Only): 0000  Hospital Arrival Time (Fatality Only): 0000

**4.** Name (Last, First): PUGH, OSCAR  Address: 245 ESSEX DR JONESBORO, GA
Age: 20 | Sex: M | Unit #: 3 | Position: 3 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 0 | Taken for Treatment: 2
Injured Taken To:  By:  EMS Notified Time (Fatality Only): 0000  EMS Arrival Time (Fatality Only): 0000  Hospital Arrival Time (Fatality Only): 0000

## ADMINISTRATIVE

Photos Taken: ☐ Yes  ■ No  By:

Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404) 635-2963.

| Report By: VERVILLE, JEFFERY | Agency: GA0600600 | Report Date: 06/14/2019 | Checked By: WALKER, BARRY | Date Checked: 06/21/2019 |
|---|---|---|---|---|

GDOT-523 (07/17)    MAIL TO: Georgia Department of Transportation, CRASH REPORTING UNIT, 935 East Confederate Ave., Atlanta, GA 30316-2590

# GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC Number | | County | Date Rec. by GDOT |
|---|---|---|---|---|
| 19-007529 | GA0600600 | | FULTON | |

| Estimated Crash | | Dispatch | | Arrival | | Total Number of | | | Inside City of |
|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Date | Time | Date | Time | Vehicles | Injuries | Fatalities | UNION CITY |
| 06/14/2019 | 1747 | 06/14/2019 | 1753 | 06/14/2019 | 1756 | 3 | 0 | 0 | |

Road of Occurrence: 138   At Its Intersection With: 85

☐ Corrected Report
☐ Sup To Original
☐ Hit and Run

Not At Its Intersection But ___ ☐ Miles ☐ Feet ☐ North ☐ South ☐ East ☐ West Of ___

Latitude (Y): 33.56691096   Longitude (X): -84.53427517

## Unit # 3

- Driver ■  Ped ☐  Bike ☐
- Susp At Fault ☐
- LAST NAME: WALKER
- FIRST: SHATAWN
- MIDDLE: VONTRICE
- Address: 1810 SUMMERCOURT DR
- City: JONESBORO    State: GA    Zip: 30236    DOB: 01/29/1979
- Driver's License No.: 056795835    Class: C    State: GA    Country: US
- Insurance Co.: SAFEWAY    Policy No.: 3093834-GA-PP-001    Telephone No.:
- Year: 2014    Make: NISSAN    Model: ROGUE    MP
- VIN: 5N1AT2MV3EC836562    Vehicle Color: WHITE
- Tag #: RNX2522    State: GA    County: CLAYTON    Year: 2020
- Trailer Tag #:    State:    County:    Year:
- ■ Same as Driver   Owner's Last Name: WALKER   First: SHATAWN   Middle: VONTRICE
- Address: 1810 SUMMERCOURT DR
- City: JONESBORO    State: GA    Zip: 30236
- Removed By: Shatawn Walker   ☐ Request ☐ List
- Alco Test: 2   Type:   Results: 2   Drug Test:   Type:   Results: -1
- First Harmful Event: 11   Most Harmful Event: 11   Operator/Ped Cond: 1
- Operator Contributing Factors: 1
- Vehicle Contributing Factors: 1   Roadway Contributing Factors: 1
- Direction of Travel: 4   Vehicle Maneuver: 4   Non-Motor Maneuver:
- Vehicle Class: 1   Vehicle Type: 11   Vision Obscured: 1
- Number of Occupants: 2   Area of Initial Contact: 12   Damage to Veh: 2
- Traffic-Way Flow: 1   Road Comp: 2   Road Character: 1
- Number of Lanes: 5   Posted Speed: 35   Work Zone: 1
- Traffic Control: 2   Device Inoperative: ☐ Yes ■ No

Citation Information:
Citation # ___   O.C.G.A. § ___
Citation # ___   O.C.G.A. § ___
Citation # ___   O.C.G.A. § ___

## Unit # (blank)

- Driver ☐  Ped ☐  Bike ☐
- Susp At Fault ☐
- LAST NAME:   FIRST:   MIDDLE:
- (all fields blank)

## COMMERCIAL MOTOR VEHICLES ONLY

Carrier Name: ___
Address:   City:   State:   Zip:
U.S. D.O.T. #:   No. of Axles:   G.V.W.R.:
Cargo Body Type:   Vehicle Config.:   ☐ Interstate ☐ Intrastate   Fed. Reportable ☐ Yes ☐ No
C.D.L.? ☐ Yes ☐ No   C.D.L. Suspended? ☐ Yes ☐ No
Vehicle Placarded? ☐ Yes ☐ No   Hazardous Materials? ☐ Yes ☐ No
Haz Mat Released? ☐ Yes ☐ No
If YES: Name or four Digit Number from Diamond or Box: ___
One Digit Number from Bottom of Diamond: ___
☐ Ran Off Road  ☐ Down Hill Runaway  ☐ Cargo Loss or Shift  ☐ Separation of Units

GDOT-523 (07/17)

## COLLISION FIELDS

| Manner of Collision: 1 | Location at Area of Impact: 7 | Weather: 1 | Surface Condition: 1 | Light Condition: 1 |
|---|---|---|---|---|

### NARRATIVE

Driver #2, identified as JOSEPH TOMPKINS, stated that he was heading west bound on State Route 138 in the central turn lane. LUNGER explained that he stopped for the traffic light at S.R. 138 and Interstate 85. LUNGER advised that while he was stopped at the traffic light a tractor trailer, identified as vehicle #1 struck his vehicle while making a left turn from Interstate 85 southbound exit ramp onto S.R. 138 eastbound.

Driver #3, identified as SHATAWN WALKER, was stopped behind Vehicle #2 when vehicle #2 was struck by vehicle #1 pushing vehicle #2 back into her vehicle.

Driver #1, identified as JON LUNGER, stated that he was making a left turn from Interstate 85 southbound and made a left turn onto S.R. 138 eastbound when his trailer struck vehicle #2.

WALKER advised of right knee pain on scene but refused medical treatment on scene. No additional injuries were reported.

VERVILLE observed damage to the front bumper and driver's side quarter panel of vehicle #2. VERVILLE observed damage to the (continued...)

### DIAGRAM

NOT TO SCALE

SR 138

SR 138

Vehicle were removed from scene prior to Verville's arrival.

### PROPERTY DAMAGE INFORMATION

Damage Other Than Vehicle:     Owner:

### WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|

### OCCUPANT INFORMATION

**1.** Name (Last, First): LUNGER, JON    Address: 635 LEHNER AVE SAINT MARYS, PA, 30238

| Age: 23 | Sex: M | Unit #: 1 | Position: 1 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 0 | Taken for Treatment: 2 |
|---|---|---|---|---|---|---|---|---|---|

Injured Taken To:   By:   EMS Notified Time (Fatality Only): 0000   EMS Arrival Time (Fatality Only): 0000   Hospital Arrival Time (Fatality Only): 0000

**2.** Name (Last, First): WALKER, SHATAWN    Address: 1810 SUMMERCOURT DR JONESBORO, GA, 30236

| Age: 40 | Sex: F | Unit #: 3 | Position: 1 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 4 | Taken for Treatment: 2 |
|---|---|---|---|---|---|---|---|---|---|

Injured Taken To:   By:   EMS Notified Time (Fatality Only): 0000   EMS Arrival Time (Fatality Only): 0000   Hospital Arrival Time (Fatality Only): 0000

**3.** Name (Last, First): THOMPKINS, JOSEPH    Address: 12 DIXON ST NEWNAN, GA, 30263

| Age: 32 | Sex: M | Unit #: 2 | Position: 1 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 0 | Taken for Treatment: 2 |
|---|---|---|---|---|---|---|---|---|---|

Injured Taken To:   By:   EMS Notified Time (Fatality Only): 0000   EMS Arrival Time (Fatality Only): 0000   Hospital Arrival Time (Fatality Only): 0000

**4.** Name (Last, First): PUGH, OSCAR    Address: 245 ESSEX DR JONESBORO, GA

| Age: 20 | Sex: M | Unit #: 3 | Position: 3 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 0 | Taken for Treatment: 2 |
|---|---|---|---|---|---|---|---|---|---|

Injured Taken To:   By:   EMS Notified Time (Fatality Only): 0000   EMS Arrival Time (Fatality Only): 0000   Hospital Arrival Time (Fatality Only): 0000

### ADMINISTRATIVE

Photos Taken: ☐ Yes  ■ No   By:

Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404) 635-2963

| Report By: VERVILLE, JEFFERY | Agency: GA0600600 | Report Date: 06/14/2019 | Checked By: WALKER, BARRY | Date Checked: 06/21/2019 |
|---|---|---|---|---|

GDOT-523 (07/17)    MAIL TO: Georgia Department of Transportation, CRASH REPORTING UNIT, 935 East Confederate Ave., Atlanta, GA 30316-2590

**SUPPLEMENT**
**GEORGIA MOTOR VEHICLE CRASH REPORT**

| Agency Case Number: 19-007529 | Estimated Crash Date: 06/14/2019 | Officer Name: VERVILLE, JEFFERY |
|---|---|---|

### NARRATIVE

front bumper of vehicle of #3. VERVILLE did not observe any damages to vehicle #1.

VERVILLE cited LUNGER for O.C.G.A. 40-6-48 Failure to Maintain Lane.

All vehicles were removed by their driver's.

No further action take.

### ADDITIONAL CITATION INFORMATION

Unit # ____ :
- Citation # _____ O.C.G.A. § _____
- Citation # _____ O.C.G.A. § _____
- Citation # _____ O.C.G.A. § _____
- Citation # _____ O.C.G.A. § _____
- Citation # _____ O.C.G.A. § _____
- Citation # _____ O.C.G.A. § _____
- Citation # _____ O.C.G.A. § _____

Unit # ____ :
- Citation # _____ O.C.G.A. § _____
- Citation # _____ O.C.G.A. § _____
- Citation # _____ O.C.G.A. § _____
- Citation # _____ O.C.G.A. § _____
- Citation # _____ O.C.G.A. § _____
- Citation # _____ O.C.G.A. § _____
- Citation # _____ O.C.G.A. § _____

### ADDITIONAL OCCUPANT INFORMATION

(Five blank occupant entries, each with fields: Name (Last, First); Address; Age; Sex; Unit #; Position; Safety Eq; Ejected; Extricated; Air Bag; Injury; Taken for Treatment; Injured Taken To; By; EMS Notified Time (Fatality Only); EMS Arrival Time (Fatality Only); Hospital Arrival Time (Fatality Only).)

GDOT-523 SUPP (07/17)

## Business Record Details »

Minnesota Business Name
**J & R Schugel Trucking, Inc.**

**Business Type**
Business Corporation (Domestic)

**MN Statute**
302A

**File Number**
9E-580

**Home Jurisdiction**
Minnesota

**Filing Date**
05/16/1996

**Status**
Active / In Good Standing

**Renewal Due Date**
12/31/2022

**Registered Office Address**
2026 N Broadway
New Ulm, MN 56073
USA

**Number of Shares**
1,000,000

**Registered Agent(s)**
(Optional) Currently No Agent

**Chief Executive Officer**
Rick Schugel
2026 N Broadway
New Ulm, MN 56073
USA

**Principal Executive Office Address**
2026 N Broadway
New Ulm, MN 56073
USA

Filing History

# Filing History

**Select the item(s) you would like to order:**   Order Selected Copies

| | **Filing Date** | **Filing** | **Effective Date** |
|---|---|---|---|
| ☐ | 05/16/1996 | Original Filing - Business Corporation (Domestic) | |
| | 05/16/1996 | Business Corporation (Domestic) Business Name (Business Name: J & R Schugel Trucking, Inc.) | |



|   | **Filing Date** | **Filing** | **Effective Date** |
|---|---|---|---|
| ☐ | 01/03/1997 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 10/13/2014 | Merger Survivor - Business Corporation (Domestic) | |

© 2021 Office of the Minnesota Secretary of State - Terms & Conditions

The Office of the Secretary of State is an equal opportunity employer

✉ Subscribe for email updates!

(https://inbiz.in.gov)



## Business Details

Print Entity Details

| | | | |
|---|---|---|---|
| Business Name: | **PROTECTIVE INSURANCE COMPANY** | Business ID: | **194032A116** |
| Entity Type: | **Domestic Insurance Corporation** | Business Status: | **Active** |
| Creation Date: | **12/21/1954** | Inactive Date: | |
| Principal Office Address: | **111 CONGRESSIONAL BLVD, STE 500, CARMEL, IN, 46032, USA** | Expiration Date: | **Perpetual** |
| Jurisdiction of Formation: | **Indiana** | Business Entity Report Due Date: | |
| | | Years Due: | |

## Principal Information

| Title | Name | Address |
|---|---|---|
| Director, Senior Vice President, General Counsel, Secretary | Sally B Wignall | 111 CONGRESSIONAL BLVD, STE 500, Carmel, IN, 46032, USA |
| DIRECTOR, EXECUTIVE VICE PRES | JEREMY F GOLDSTEIN | 111 CONGRESSIONAL BLVD, STE 500, CARMEL, IN, 46032, USA |
| Treasurer | RONALD A GOSHEN | 111 CONGRESSIONAL BLVD, STE 500, CARMEL, IN, 46032, USA |
| EXECUTIVE VICE PRES | WILLIAM C REID | 111 CONGRESSIONAL BLVD, STE 500, CARMEL, IN, 46032, USA |
| Director, Chied Executive Officer, President | Jeremy D Edgecliffe-Johnson | 111 Congressional Blvd., Suite500, Carmel, IN, 46032, USA |

< Previous  ...  1  [ 2 ]  ...  [ Next > ]   Page 1 of 2, records 1 to 5 of 9      [ Go to Page ]

## Registered Agent Information

Type: **Business Commercial Registered Agent**
Name: **CORPORATION SERVICE COMPANY**
Address: **135 North Pennsylvania Street, Suite 1610, Indianapolis, IN, 46204, USA**

Back    Return to Search       Filing History    Name History    Assumed Name History

Certified Copies Request


EXHIBIT D